THOMAS H. CORNELL, as Executor of THOMAS G. COR-NELL, Deceased, Respondent, *v.* ROUVIME POLIAKOFF, Appellant.

(Argued January 15, 1936; decided January 31, 1936.)

*Borris M. Komar* for appellant.

*Hugh S. Williamson, William C. Breed, Jr.,* and *Edward A. Craighill, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.